## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| GABRIEL PERAZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| ALLIANCEONE RECEIVABLES | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant AllianceOne Receivables Management, Inc. ("AllianceOne" or "Defendant") hereby files its Notice of Removal of the above-captioned case to this Court and, and in support of removal, respectfully states as follows:

1.      AllianceOne is named as defendant in Civil Action No. 1522-AC02216 filed in the Circuit Court of the City of St. Louis, Missouri, Associate Division, styled Gabriel Peraza v. AllianceOne Receivables Management, Inc. (the "State Court Action").

2.      The Petition in the State Court Action was filed with the Clerk of the Circuit Court of St. Louis County on or about February 19, 2015.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in the State Court Action are attached hereto as **Exhibit A.**

3.      In the State Court Action, Plaintiff alleges that Defendant violated a federal statute, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq. ("FDCPA").

4.      Any civil action is removable if the plaintiff could have originally brought the action in federal court.  See 28 U.S.C. § 1441(a).

5.      Under 28 U.S.C. § 1331 this Court has original federal question jurisdiction over Plaintiff's FDCPA claims.

OM 333139.1

6.      Accordingly, pursuant to 28 U.S.C. § 1441(a), Defendant has the right to remove the State Court Action to this Court, without regard to the citizenship or residency of the parties or the amount in controversy.

7.      Defendant was formally served with the Summons and Petition on February 24, 2015.  This removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

8.      By this Notice of Removal, Defendant does not waive any defense, jurisdictional or otherwise, which it may possess.  Defendant also does not concede that Plaintiff has stated a claim against it.

WHEREFORE, in accordance with the authorities set forth above, Defendant hereby removes this action from the Circuit Court for the City of St. Louis, Missouri, to the United States District Court for the Eastern District of Missouri.

DATED this 24th day of March, 2015.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Joshua C. Dickinson
     Joshua C. Dickinson, #51446MO
     12925 West Dodge Road, Suite 107
     Omaha, NE 68154
     (402) 965-8600 (telephone)
     (402) 965-8601 (facsimile)
     jdickinson@spencerfane.com

     Patrick T. McLaughlin, #48633MO
     1 North Brentwood Blvd., Suite 1000
     St. Louis, MO 63105
     (314) 863-7733 (telephone)
     (314) 862-4656 (facsimile)
     pmclaughlin@spencerfane.com

     *Attorneys for Defendant*

2

OM 333139.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 24th day of March, 2015, with a true copy mailed, first class postage prepaid, to:

Richard A. Voytas, Jr.
Alexander J. Cornwell
Voytas & Company
1 North Taylor Avenue
St. Louis, MO 63108

*Attorneys for Plaintiff*

/s/ Joshua C. Dickinson

OM 333139.1