**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **GABRIEL PERAZA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-00514-TCM |
| | ) |
| **ALLIANCEONE RECEIVABLES** | ) |
| **MANAGEMENT, INC.,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Gabriel Peraza, and notifies this Court that the parties have reached a confidential settlement on all of Plaintiff's claims. Plaintiff respectfully requests that the Court continue this matter for 60 days to finalize the settlement. Thereafter, Plaintiff will stipulate to a dismissal with prejudice of all of his claims against the Defendant.


**VOYTAS & COMPANY**

/s/ Richard A. Voytas, Jr.
_____
**RICHARD A. VOYTAS, JR., #52046**
**ALEXANDER J. CORNWELL, # 64793**
**One North Taylor Avenue**
**St. Louis, Missouri 63108**
**Phone: (314) 932-1068**
**Fax:     (314) 667-3161**
rickvoytas@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned attests that, on November 16, 2015, the foregoing document was served by electronic mail on the following counsel of record:

**SPENCER FANE BRITT & BROWNE LLP**

Joshua C. Dickinson
12925 West Dodge Road, Suite 107
Omaha, NE 68154
(402) 965-8600  (telephone)
(402) 965-8601  (facsimile)
jdickinson@spencerfane.com

Patrick T. McLaughlin
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
(314) 863-7733 (telephone)
(314) 862-4656  (facsimile)
pmclaughlin@spencerfane.com

                **/s/ Richard A. Voytas, Jr.**