UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GABRIEL PERAZA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 4:15-cv-00514-TCM |
| ) | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | ) ) |
| | ) |
|     Defendant. | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

    VOYTAS AND COMPANY

    /s/ Richard A. Voytas, Jr.
    Richard A. Voytas (52046MO)
    1 North Taylor Avenue
    St. Louis, MO 63108
    Telephone:  314-932-1068
    Facsimile:  314-228-0338
    rickvoytas@gmail.com
    *Attorney for Plaintiff*

    And

    SPENCER FANE LLP

    /s/ Joshua C. Dickinson
    JOSHUA C. DICKINSON, #51446MO
    12925 West Dodge Road, Suite 107

1

2

Omaha, NE 68154
(402) 965-8600 (telephone)
(402) 965-8601 (facsimile)
jdickinson@spencerfane.com
***Attorneys for Defendant***

Case: 4:15-cv-00514-PLC   Doc. #:  22   Filed: 01/15/16   Page: 2 of 3 PageID #: 93

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 15th day of January, 2016, with notice of case activity generated and sent electronically to:


SPENCER FANE BRITT & BROWNE LLP

Joshua C. Dickinson
JOSHUA C. DICKINSON, #51446MO
12925 West Dodge Road, Suite 107
Omaha, NE 68154
(402) 965-8600 (telephone)
(402) 965-8601 (facsimile)
jdickinson@spencerfane.com

PATRICK T. MCLAUGHLIN, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
(314) 863-7733 (telephone)
(314) 862-4656 (facsimile)
pmclaughlin@spencerfane.com
*Attorneys for Defendant*

                                                        /s/ Richard A. Voytas, Jr.