UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GABRIEL PERAZA,)
)
Plaintiff,)
)
vs.) Case number 4:15cv0514 PLC
)
ALLIANCEONE RECEIVABLES)
MANAGEMENT, INC.,)
)
Defendant.)

## JUDGMENT

In accordance with the parties' stipulation for dismissal with prejudice, filed January 15, 2016,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED with prejudice**. Each party shall bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2016.